CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 14 2010
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES C. FORMAN,<br>    Plaintiff, | Civil Action No. 7:10-cv-00445 |
| v. | **FINAL ORDER** |
| BRYAN WATSON, WARDEN,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it hereby **ORDERED** that Forman's motion to proceed in forma pauperis is **GRANTED**, Forman's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2), and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 14th day of October, 2010.

_____
United States District Judge